IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal No. 04-CR-00407-REB

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. BRETT FLOYD YEOMANS,

Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

This matter was mistakenly set for a Status Conference before the duty Magistrate Judge in Denver on May 3, 2013 at 2:30 p.m., therefore:

**IT IS HEREBY ORDERED** the Status Conference set for May 3, 2013 at 2:30 p.m. be VACATED and RESCHEDULED for May 2, 2013 at 2:00 p.m. before the duty Magistrate Judge in Denver, Colorado.

**DATED: April 11, 2013.**

> BY THE COURT:
>
> s/David L. West
> **United States Magistrate Judge**

1